ROBERT S. SHWARTS (STATE BAR NO. 196803)
rshwarts@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

JS-6

SARA E. DIONNE (STATE BAR NO. 221326)
sdionne@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: +1-916-447-9200
Facsimile: +1-916-329-4900

Attorneys for Defendant
DYSON, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION (SANTA ANA)

| | |
|---|---|
| DENISE RHODES,<br><br>    Plaintiff,<br><br>    v.<br><br>DYSON, INC., an Illinois corporation; and DOES 1 to 20, inclusive,<br><br>    Defendants. | Case No. SACV12-616 JVS (JPRx)<br><br>**JUDGMENT** |

[PROPOSED] JUDGMENT
SACV12-616 JVS (JPRx)

OHSUSA:754599716.5

1    This action came on for trial on September 10, 2013, in Courtroom 10C of
2    the above-entitled Court, the Honorable James V. Selna, United States District
3    Judge, presiding.  Plaintiff Denise Rhodes ("Plaintiff") appeared by her attorneys,
4    Gary I. Adler and Dale E. Motley, and Defendant Dyson, Inc. ("Defendant"),
5    appeared by its attorneys, Robert S. Shwarts and Sara E. Dionne.
6    A jury of eight persons was regularly impaneled and sworn to try the action.
7    Witnesses were sworn and examined.  After hearing the evidence, the arguments of
8    counsel, and instructions of the Court, the jury retired to consider its verdict,
9    subsequently returned to court, and being called, duly rendered its verdict in
10   writing.  The jury's Special Verdict form is hereby incorporated by reference.
11   Pursuant to the jury verdict, the Court NOW ENTERS JUDGMENT AS
12   FOLLOWS:
13   1.   Judgment is entered in favor of Defendant and against Plaintiff on all
14   of Plaintiff's claims;
15   2.   Plaintiff shall have and recover nothing against Defendant on her
16   complaint for disability discrimination in violation of the Fair Employment and
17   Housing Act (including her claims for disability discrimination; failure to make
18   reasonable accommodation; failure to engage in a timely, good faith, interactive
19   process; and failure to prevent discrimination) and wrongful termination in
20   violation of public policy; and
21   3.   Defendant is the prevailing party and may recover its costs to the
22   extent ordered by the Court.
23   **IT IS SO ORDERED**.

_____
Hon. James V. Selna
United States District Judge

26   Dated:  September 26, 2013
27   / / /
28   / / /

APPROVED AS TO FORM:

Dated: September 26, 2013

ROBERT S. SHWARTS
SARA E. DIONNE
Orrick, Herrington & Sutcliffe LLP

By: */s/ Sara E. Dionne*
SARA E. DIONNE
Attorneys for Defendant
DYSON, INC.

Dated: September 26, 2013

DALE E. MOTLEY
GARY I. ADLER
OGDEN & MOTLEY

By: */s/ Gary I. Adler*
GARY I. ADLER
Attorneys for Plaintiff
DENISE RHODES

I hereby attest that the concurrence in the filing of this document has been obtained from Gary I. Adler, Attorneys for Plaintiff Denise Rhodes.

Dated: September 26, 2013

ROBERT S. SHWARTS
SARA E. DIONNE
Orrick, Herrington & Sutcliffe LLP

By: */s/ Sara E. Dionne*
SARA E. DIONNE
Attorneys for Defendant
DYSON, INC.